IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| SAEED ALI M. ALSHEHRIE, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 1:19-cv-413 (AJT/MSN) |
| GEORGE MASON UNIVERSITY, | ) |
| Defendant. | ) |

## ORDER

This matter is before the Court on the Report & Recommendation [Doc. No. 4] of the Magistrate Judge recommending that Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* [Doc. No. 2] be denied. The Magistrate Judge advised the parties that objections to Report and Recommendations must be filed within fourteen days of service and that failure to object waives appellate review. No objections have been filed. Having conducted a *de novo* review of the record, the Court adopts and incorporates the findings and recommendations of the Magistrate Judge. Accordingly, it is hereby

ORDERED that the Report & Recommendation [Doc. No. 4] be, and the same hereby is, ADOPTED; and it is further

ORDERED that Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* [Doc. No. 2] be, and the same hereby is, DENIED.

The Clerk is directed to forward copies of this Order to all counsel of record.

/s/
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
September 4, 2019